### LEAVET AND TWO OTHERS V. SHERMAN.

An action will not lie in favor of three partners in trade, for an illegal arrest and imprisonment of two of them, upon an obligation given by them all, unless it appears that they are injured in their joint interest.

ACTION of the case, declaring — That on the 8th of July A. D. 1787 they were neighbors to the defendant and dwellers in the town of Washington, in this state, and had sufficient estate there to pay all their debts; that the defendant wickedly and maliciously, intending to injure the plaintiffs in their interest and reputation, caused two of them to be publicly arrested in the streets of New York, in a suit brought before the City Court, upon an obligation for £170, executed by them jointly, to the defendant — whereby they were injured in their persons, reputation and property, to their damage, etc. The defendant demurred to the declaration.

Judgment — That the declaration is insufficient.

By the COURT. Two of the plaintiffs being arrested in New York is no cause why the other, who was not arrested, should join in this action for a personal injury. And their being joint traders cannot help the matter, unless they had shown that they had sustained some special injury in their trade and concerns, which they have not done.